| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | ANGELA L. SCOTT<br>ANTHONY YIM |
| 3 | Assistant United States Attorney<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, CA 93721<br>Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                        Plaintiff,<br>          v.<br>LUCIO NUNEZ-NUNEZ,<br>IMELDA MALDONADO BELTRAN,<br>ARMANDO CABRERA-SANCHEZ, AND<br>MISAEL TORRES-VILLA,<br>                        Defendants. | CASE NO. 5:20-MJ-00009 JLT<br><br>[~~PROPOSED~~] AMENDED ORDER DISMISSING COMPLAINT AND ORDERING FORTHWITH RELEASE AND TERMINATION OF PRETRIAL SUPERVISION<br>(Doc. 62) |

      Pursuant to the government's request under Federal Rule of Criminal Procedure 48, the Court hereby GRANTS the government's motion and gives the government leave to dismiss the complaint in this matter without prejudice as against defendants LUCIO NUNEZ-NUNEZ, IMELDA MALDONADO BELTRAN, ARMANDO CABRERA-SANCHEZ, and MISAEL TORRES-VILLA.

      THE COURT FURTHER ORDERS THAT defendants LUCIO NUNEZ-NUNEZ, ARMANDO CABRERA-SANCHEZ, and MISAEL TORRES-VILLA be released from federal custody forthwith.

      THE COURT FURTHER ORDERS the termination of the Pretrial Service's Office's

//

//

supervision of defendant IMELDA MALDONADO BELTRAN pursuant to the conditions imposed on March 23, 2020, and the return of defendant IMELDA MALDONADO BELTRAN's passport (passport number 576633699).

IT IS SO ORDERED.

    Dated:   **May 19, 2020**                              **/s/ Jennifer L. Thurston**
                                                                         UNITED STATES MAGISTRATE JUDGE